AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TOBIAS SMITH,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV 6:18-64

OFFICER TALMAGE,

    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of November 23, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, and Plaintiff's Complaint is DISMISSED without prejudice for failure to follow this Court's Orders.  This civil action stands CLOSED, and Plaintiff is DENIED in forma pauperis status on appeal.

11/23/2020

*Date*

John E. Triplett, Acting Clerk

*Clerk*

*Tara H. Burton*

*(By) Deputy Clerk*

GAS Rev 10/2020